IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. TEZAK,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT WILBURN, et al.,<br><br>  Defendants. | No. 2:22-CV-2219-TLN-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion for an extension of time to file a second amended complaint. See ECF No. 7. Good cause appearing therefor, Plaintiff's motion is granted. Plaintiff's second amended complaint is due within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: May 19, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1