**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM M. TEZAK, | No.  2:22-CV-2219-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| ROBERT WILBURN, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Plaintiff's motion for a 60-day extension of time to comply with the Court's February 23, 2026, order.  See ECF No. 19.

On February 23, 2026, the Court directed Plaintiff to either file a third amended complaint or inform the Court he intends to proceed with this second amended complaint.  See ECF No. 18.  Plaintiff was directed to comply within 60 days of the date of the February 23, 2026, order.  See id.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time to prepare his third amended complaint due to health issues, Plaintiff's motion for an extension of time will be granted.  Plaintiff is once again cautioned that failure to comply may result in dismissal of the entre action.  See Local Rule 110.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for a 60-day extension of time, ECF No. 19, is granted.

2. Plaintiff shall file a third amended complaint within 60 days of the date of this order.

Dated:  July 6, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE