**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

WILLIAM M. TEZAK,

Plaintiff,

v.

ROBERT WILBURN, et al.,

Defendants.

No. 2:22-cv-2219-TLN-ICD

ORDER

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion for a 30-day extension of time to file a third amended complaint. ECF No. 22. Good cause appearing, Plaintiff's motion is granted. Plaintiff is once again cautioned that failure to comply may result in dismissal of the entre action. See E.D. Cal. L.R. 110.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for a 30-day extension of time, ECF No. 22, is granted.

2. Plaintiff shall file a third amended complaint within 30 days of the date of this order.

Dated: September 25, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE