**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

WILLIAM M. TEZAK,

Plaintiff,

v.

ROBERT WILBURN, et al.,

Defendants.

No. 2:22-cv-02219-TLN-ICD

ORDER

Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's third motion for an extension of time to file a Third Amended Complaint (ECF No. 24) and motion for leave to file electronically (ECF No. 25).

For good cause shown, Plaintiff's motions are GRANTED. However, Plaintiff is advised that no further extensions of time will be granted. Should Plaintiff fail to file a Third Amended Complaint by the deadline set forth below, the Court will proceed to rule on the merits of the operative Second Amended Complaint (ECF No. 10).

Accordingly, IT IS HEREBY ORDERED that:

1. Extension of Time: Plaintiff's motion for an extension of time (ECF No. 24) is GRANTED.

2. Electronic Filing Access: Plaintiff's motion for access to the Court's electronic filing system (ECF No. 25) is GRANTED.

3. Deadline: Plaintiff shall file his Third Amended Complaint no later than **January 15, 2027.**

IT IS SO ORDERED.

Dated: November 5, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE